**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

JUAN CARLOS ANDRADE RODRIGUEZ,

     Plaintiff,

v.                                  Case No. 13-1559

UNITED STATES OF AMERICA,

     Defendant.

_____/

**ORDER REGARDING SEEKING CONCURRENCE
IN MOTIONS AND REQUESTS**

This order imposes on the parties the obligation, except in extraordinary

circumstances, to seek concurrence with opposing counsel before filing any motion or

request with the court.

IT IS ORDERED that the parties are subject to the following obligations when

filing any motion or request:

(1) The movant must ascertain whether the contemplated motion, or
request under Federal Rule of Civil Procedure 6(b)(1)(A), will be opposed. If the
movant obtains concurrence, the parties or other persons involved may make the
subject matter of the contemplated motion or request a matter of record by proposing a
stipulated order.

(2) If concurrence is not obtained, the motion or request must state, and explain in
reasonable detail, the following:

     (A)    that there was a conference between attorneys and other persons entitled
to be heard on the motion in which the movant explained the nature of the
motion or request and its legal basis and requested but did not obtain
concurrence in the relief sought; or

     (B)    that, despite reasonable efforts specified in the motion or request, the
movant was unable to conduct a conference.

(3) The court may tax costs for unreasonable withholding of consent, or for filing a
motion having failed to follow the procedure required herein.

                        S/Robert H. Cleland
                      ROBERT H. CLELAND
                      UNITED STATES DISTRICT JUDGE

Dated:  February 17, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 17, 2016, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522